UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00542-FDW-DSC

| | |
|---|---|
| SHAWNTE R. WORD, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CROSSROADS CHARTER HIGH )<br>SCHOOL BOARD OF DIRECTORS, *et al.*, )<br>)<br>    Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. This Court Ordered Plaintiff to show cause why the amended complaint against Defendant Darrell Johnson should not be dismissed for failure to prosecute (Doc. No. 60). Plaintiff did not respond and the time for doing so has long expired. For the reasons set forth below, Defendant's complaint against Defendant Darrell Johnson is DISMISSED *without prejudice*.

As described in the Court's Show Cause Order (Doc. No. 60), Defendant Johnson has not filed an answer to Plaintiff's Amended Complaint, and Plaintiff has failed to move for an entry of default under Rule 55(a) of the Federal Rules of Civil Procedure. Since Plaintiff has taken no action with respect to this case following Defendant Johnson's failure to answer and following the Court's Show Cause Order, this Court finds Plaintiff has failed to prosecute her case against Defendant Johnson. Accordingly, <u>Defendant Johnson is DISMISSED and the Clerk is respectfully DIRECTED to TERMINATE Defendant Johnson from the case</u>. Now that joinder of the issues has occurred, the <u>Court respectfully DIRECTS the Clerk to issue Plaintiff Word a Notice of Availability of Pro Se Settlement Assistance Program</u>.

IT IS SO ORDERED.

Signed: March 27, 2017

Frank D. Whitney
Chief United States District Judge